1 | Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Telephone: (510)814-0680
Facsimile : (510)814-0650
4
Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/24/06*

| | |
|---|---|
| GINA FISHER, | No. C 05 3790 RMW |
| Plaintiff, | STIPULATION TO EXTEND FILING DATE AND HEARING DATE OF MOTION FOR SUMMARY JUDGMENT AND ORDER |
| vs. | |
| THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN, | |
| Defendant. | |
| BLUE SHIELD OF CALIFORNIA, | |
| Real Party in Interest. | |

Whereas, the deadline for filing dispositive motions is May 19, 2006; and

Whereas, plaintiff has filed a discovery motion which is set for hearing on May 24, 2006;

Now, therefore, the parties stipulate that the filing date for dispositive motions be continued to June 9, 2006.

Stipulation to Extend Filing and Hearing
Date of Motion for Summary Judgment

1

IT IS SO STIPULATED.

Dated: May 16, 2006                LAW OFFICES OF LAURENCE F.
                                   PADWAY


                                   By: /s/ _____
                                       Laurence F. Padway
                                       Attorney for Plaintiff
                                       GINA FISHER


Dated: May 16, 2006                BARGER & WOLEN LLP


                                   By: /s/_____
                                       Jordan S. Altura
                                       Attorneys for Real Parties in Interest
                                       CALIFORNIA PHYSICIANS'
                                       SERVICE dba BLUE SHIELD OF
                                       CALIFORNIA


Dated: May 16, 2006                FINE, BOGGS & PERKINS, LLP


                                   By: /s/_____
                                       Ned A. Fine


IT IS SO ORDERED.


Dated: __5/24/06_____             /S/ RONALD M. WHYTE_____
                                   Hon. Ronald M. Whyte
                                   Judge of the United States District Court
                                   Northern District


Stipulation to Extend Filing and Hearing
Date of Motion for Summary Judgment

2