1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-6100
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10                                                    *E-FILED - 6/22/06*

11  GINA FISHER,                          No.  C 05 3790 RMW

12
            Plaintiff,                    STIPULATION AND
13      vs.                               ORDER CONTINUING CASE
                                          MANAGEMENT CONFERENCE
14
    THE ANDERSON BEHEL
15  STEVEN CREEK PORCHE
    AUDI EMPLOYEE BENEFIT
16  PLAN,

17          Defendant.
    _____/
18
    BLUE SHIELD OF CALIFORNIA,
19

20          Real Party in Interest.

21  _____/

22       Whereas, the court has scheduled a Further Case Management Conference for June 23, 2006

23  at 10:30 a.m.; and

24

25       Whereas, the dispositive motions are set for hearing on July 21, 2006 at 9:00 a.m.;

26

27       Now, therefore, the parties stipulate that the Further Case Management Conference be

28
    Stipulation and Order to Continue                              C05-3790 RMW
    Case Management Conference
                                        1

1 | continued until July 21, 2006 at 10:30 a.m.

2

3     IT IS SO STIPULATED.

4 Dated: June 22, 2006      LAW OFFICES OF LAURENCE F.
5     PADWAY

6

7     By: /s/_____
    Laurence F. Padway
8     Attorney for Plaintiff
    GINA FISHER

9

10 Dated: June 22, 2006      BARGER & WOLEN LLP

11

12     By: /s/_____
    Jordan S. Altura
13     Attorneys for Real Parties in Interest
    CALIFORNIA PHYSICIANS'
14     SERVICE dba BLUE SHIELD OF
    CALIFORNIA

15

16 Dated: June 22, 2006      FINE, BOGGS & PERKINS, LLP

17

18     By: /s/_____
    Ned A. Fine

19

20     ORDER CONTINUING CASE MANAGEMENT CONFERENCE

21     Good cause appearing, the Further Case Management Conference scheduled for June 23,

22 2006 at 10:30 a.m. is continued to _7/17/06_____ at _10:30__ o'clock a.m.

23

24 Dated: _6/22/06_____      /s/ Ronald M. Whyte_____
    Hon. Ronald M. Whyte
25     Judge of the United States District Court
    Northern District
26

27

28

Stipulation and Order to Continue      C05-3790 RMW
Case Management Conference
2