John M. LeBlanc (155842), jleblanc@barwol.com
Andrew S. Williams (177926), awilliams@barwol.com
Justin J. Lowe (223847), jlowe@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Real Party in Interest
CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA

*E-FILED - 3/25/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FISHER,<br><br>　　　　Petitioners,<br><br>　vs.<br><br>THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN,<br><br>　　　　Defendant.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Real Parties in Interest. | CASE NO.: C 05 3790 RMW<br><br>Hon. Ronald M. Whyte<br><br>STIPULATION AND [xxxxxxxxxxxx] ORDER RE DISMISSAL OF DEFENDANT THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN |

i:\office5\5667\336\08pleadings\stipulation and order re dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION AND [XXXXXXXXX] ORDER RE DISMISSAL OF DEFENDANT
THE ANDERSON BEHEL STEVEN CREEK PORSCHE AUDI EMPLOYEE BENEFIT PLAN -
CASE NO. C 05 3790 RMW

It is hereby stipulated by and between the parties, through their respective counsel of record:

1. That the ERISA Plan, defendant The Anderson Behel Steven Creek Porsche Audi Employee Benefit Plan (the "Plan"), is hereby dismissed from this action without prejudice.

2. That Real Party in Interest California Physicians' Service dba Blue Shield of California ("Blue Shield") will be liable for any judgment that may result from a determination that Blue Shield, as claim administrator, wrongfully concluded that Plaintiff Gina Fisher was not entitled to health benefits under the Plan; and

3. That Blue Shield will not raise the Plan's dismissal as a defendant as a basis to avoid liability, if any, arising out of Blue Shield's benefit decision with respect to Plaintiff Gina Fisher.

Dated: March 13, 2008    BARGER & WOLEN LLP

By: /s/ Andrew S. Williams
JOHN M. LE BLANC
ANDREW S. WILLIAMS
JUSTIN J. LOWE
Attorneys for Real Parties in Interest
California Physicians' Service dba Blue
Shield of California

Dated: March 13, 2008    FINE, BOGGS & PERKINS, LLP

By: /s/ Ned A. Fine
NED A. FINE
Attorneys for The Anderson Behel Steven
Creek Porsche Audi Employee Benefit
Plan

Dated: March 13, 2008    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff Gina Fisher

-2-

STIPULATION AND xxxxxxxxxx ORDER RE DISMISSAL OF DEFENDANT
THE ANDERSON BEHEL STEVEN CREEK PORSCHE AUDI EMPLOYEE BENEFIT PLAN -
CASE NO. C 05 3790 RMW

IT IS SO ORDERED:

1. That the ERISA Plan, defendant The Anderson Behel Steven Creek Porsche Audi Employee Benefit Plan (the "Plan"), is hereby dismissed from this action without prejudice.

2. That Real Party in Interest California Physicians' Service dba Blue Shield of California ("Blue Shield") will be liable for any judgment that may result from a determination that Blue Shield, as claim administrator, wrongfully concluded that Plaintiff Gina Fisher was not entitled to health benefits under the Plan; and

3. That Blue Shield will not raise the Plan's dismissal as a defendant as a basis to avoid liability, if any, arising out of Blue Shield's benefit decision with respect to Plaintiff Gina Fisher.

Dated: 3/25/08

*Ronald M. Whyte*
The Honorable Ronald M Whyte
United States District Court Judge