```
 1  John M. LeBlanc (155842), jleblanc@barwol.com
    Andrew S. Williams (177926), awilliams@barwol.com
 2  BARGER & WOLEN LLP
    633 West Fifth Street, 47th Floor
 3  Los Angeles, California 90071
    Telephone: (213) 680-2800
 4  Facsimile: (213) 614-7399
 5
    Attorneys for Real Party in Interest
 6  CALIFORNIA PHYSICIANS' SERVICE DBA BLUE        *E-FILED - 3/25/08*
    SHIELD OF CALIFORNIA
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FISHER, | CASE NO.: C 05 3790 RMW |
| Petitioners, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION AND** xxxxxxxxxxxx **ORDER TO VACATE TRIAL DATE AND RELATED DATES** |
| THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN, | |
| Defendant. | |
| BLUE SHIELD OF CALIFORNIA, | |
| Real Parties in Interest. | |

i:\office5\5667\336\08pleadings\stipulation and order re vacate dates2.doc

STIPULATION AND xxxxxxxxx ORDER TO VACATE TRIAL DATE AND RELATED DATES -
CASE NO. C 05 3790 RMW

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  It is hereby stipulated by and between the parties, through their respective counsel of record
2  as follows:
3  WHEREAS the parties filed cross-motions for summary judgment, which motions came on
4  regularly for hearing on January 25, 2008;
5  WHEREAS the Court, having heard the arguments of counsel for Plaintiff Gina Fisher and
6  Real Party In Interest California Physicians' Service dba Blue Shield of California ("Blue Shield"),
7  took the matter under submission and, as of the date of this stipulation, has not yet issued an order
8  regarding the parties' cross-motions; and
9  NOW, THEREFORE, the parties stipulate and agree that the trial date of March 31, 2008
10 and other related dates scheduled by the Court in the August 24, 2007 Case Management
11 Conference should be reconsidered after the Court rules on the summary judgment motion, and they
12 request the Court vacate the existing trial and pretrial dates, and set a status conference to be held
13 after the Court rules on the summary judgment motions.

Dated: March 13, 2008                    BARGER & WOLEN LLP


                                         By:  /s/ Andrew S. Williams
                                              JOHN M. LE BLANC
                                              ANDREW S. WILLIAMS
                                              Attorneys for Real Parties in Interest
                                              California Physicians' Service dba Blue
                                              Shield of California

Dated: March 13, 2008                    FINE, BOGGS & PERKINS, LLP


                                         By:  /s/ Ned A. Fine
                                              NED A. FINE
                                              Attorneys for The Anderson Behel Steven
                                              Creek Porsche Audi Employee Benefit
                                              Plan

| | |
|---|---|
| Dated: March 13, 2008 | LAW OFFICES OF LAURENCE F. PADWAY |
| | By: /s/ Laurence F. Padway |
| | LAURENCE F. PADWAY |
| | Attorneys for Plaintiff Gina Fisher |

Having read the foregoing stipulation of the parties, and good cause appearing therefor, it is hereby order that:

The trial date and related dates in this action set during the August 24, 2007 Case Management Conference are vacated, and a status conference is scheduled for May 2, 2008 @ 10:30 a.m.

[or, _____

_____ ]

Dated: 3/25/08

*Ronald M. Whyte*
The Honorable Ronald M Whyte
United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800