Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorney for Plaintiff
GINA FISHER

John M. LeBlanc (155842), jleblanc@barwol.com
Andrew S. Williams (177926), awilliams@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Real Party in Interest
CALIFORNIA PHYSICIANS' SERVICE DBA
BLUE SHIELD OF CALIFORNIA

*E-FILED - 8/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FISHER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE ANDERSEN BEHEL STEVEN CREEK PORSCHE AUDI EMPLOYEE BENEFIT PLAN,<br><br>　　　　Defendant.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>　　　　Real Party in Interest. | CASE NO. C 05 3790 RMW<br><br>STIPULATION RE ADDITIONAL BRIEFING SCHEDULE ON STANDARD OF REVIEW AND ORDER |

　　　　It is hereby stipulated by and between the parties, through their respective counsel of record that plaintiff may have until July 7, 2008 to file her additional briefing on the standard

of review.

IT IS SO STIPULATED.

Dated: July 2, 2008                    LAW OFFICES OF LAURENCE F. PADWAY


                                       By: /s/ Laurence F. Padway
                                       Laurence F. Padway
                                       Attorney for Plaintiff
                                       GINA FISHER


Dated: July 2, 2008                    BARGER & WOLEN

                                       By: _____
                                       Andrew S. Williams
                                       Attorneys for Real Parties in Interest
                                       CALIFORNIA PHYSICIANS' SERVICE
                                       dba BLUE SHIELD OF CALIFORNIA


IT IS SO ORDERED.

Dated: 8/6/08                          _____
                                       Ronald M. Whyte
                                       United States District Judge