1  John M. LeBlanc (155842), jleblanc@barwol.com
   Andrew S. Williams (177926), awilliams@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5

   Attorneys for Real Party in Interest            ***E-FILED - 9/18/08***
6  California Physicians' Service dba Blue Shield of
   California
7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | GINA FISHER,                          )  CASE NO.: C 05 3790 RMW
                                          )
12 |         Petitioners,                 )  Hon. Ronald M. Whyte
                                          )
13 |     vs.                              )  **STIPULATION RE CONTINUANCE OF**
                                          )  **SEPTEMBER 19, 2008 CASE**
14 | THE ANDERSON BEHEL STEVEN CREEK      )  **MANAGEMENT CONFERENCE;**
    PORCHE AUDI EMPLOYEE BENEFIT          )  **[] ORDER THEREON**
15 | PLAN,                                )
                                          )
16 |         Defendant.                   )
                                          )
17                                        )
                                          )
18 | BLUE SHIELD OF CALIFORNIA,           )
                                          )
19 |         Real Parties in Interest.    )
                                          )
20                                        )
                                          )
21                                        )

28 i:\office5\5667\336\08pleadings\stipulation re status conference.doc

**BARGER & WOLEN** LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE -
CASE NO. C 05 3790 RMW

1  It is hereby stipulated by and between the parties, through their respective counsel of record
2  as follows:
3  WHEREAS the Case Management Conference in this action was recently continued by the
4  Court from September 5, 2008 to September 19, 2008; and
5  WHEREAS counsel for Real Party in Interest California Physicians' Service dba Blue
6  Shield of California ("Blue Shield") has a scheduling conflict on September 19, 2008 that precludes
7  him from appearing at the September 19 Case Management Conference;
8  NOW, THEREFORE, the parties stipulate and agree that the status conference currently set
9  for September 19 should be continued to September 26 at 10:30 a.m. in courtroom # 6 of the above-
10 entitled Court.

11
12 Dated:  September 15, 2008                    BARGER & WOLEN LLP
13
                                                By: _____
14                                                  JOHN M. LE BLANC
                                                    ANDREW S. WILLIAMS
15                                                  Attorneys for Real Parties in Interest
                                                    California Physicians' Service dba Blue
16                                                  Shield of California

17 Dated:  September 15, 2008                    LAW OFFICES OF LAURENCE F. PADWAY
18
19                                              By:  /s/ Laurence F. Padway
                                                    LAURENCE F. PADWAY
20                                                  Attorneys for Plaintiff Gina Fisher
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER

Having read and considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court continues the status conference in this action from September 19, 2008 to September 26, 2008 at 10:30 a.m. in courtroom # 6 of the above-entitled Court.

IT IS SO ORDERED.

Dated: __9/18/08__

*Ronald M. Whyte*
_____
The Honorable Ronald M Whyte
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE -
CASE NO. C 05 3790 RMW