**E-FILED on** 10/6/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA FISCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN,<br><br>    Defendant.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>    Real Party in Interest. | No. C-05-03790 RMW<br><br>JUDGMENT REMANDING CASE FOR PAYMENT IN ACCORDANCE WITH OPINION ON REVIEW |

On October 5, 208 the court issued its order on the parties' cross-motions for summary judgment and ordered that the matter be returned to the Claims Administrator for further payment in accordance with that order.  Therefore,

IT IS HEREBY ordered that this matter is remanded to the Claims Administrator for Blue Shield of California for further payment in accordance with the terms of the October 5, 2008 Order. The court retains jurisdiction to resolve any dispute as to the calculation of the amount of further payment.

DATED:     10/5/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Laurence F. Padway          lpadway@padway.com

**Counsel for Defendant:**

Ned A. Fine          nfine@employerlawyers.com
John Michael LeBlanc          jleblanc@barwol.com
Justin Jonathan Lowe          jlowe@barwol.com
Andrew Stephen Williams          awilliams@barwol.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    10/6/2008                        TSF
                                                             **Chambers of Judge Whyte**