John M. LeBlanc (155842), jleblanc@barwol.com
Andrew S. Williams (177926), awilliams@barwol.com
Justin J. Lowe (223847), jlowe@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

*E-FILED - 12/24/08*

Attorneys for Real Party in Interest
CALIFORNIA PHYSICIANS' SERVICE DBA BLUE
SHIELD OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FISHER, | CASE NO.: C 05 3790 RMW |
| Petitioners, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION RE SATISFACTION OF JUDGMENT AND REQUEST FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE; [PROPOSED] ORDER THEREON** |
| THE ANDERSON BEHEL STEVEN CREEK PORCHE AUDI EMPLOYEE BENEFIT PLAN, | |
| Defendant. | |
| BLUE SHIELD OF CALIFORNIA, | |
| Real Parties in Interest. | |

i:\office5\5667\336\08pleadings\stipulation and order re dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION AND REQUEST FOR DISMISSAL
CASE NO. C 05 3790 RMW

It is hereby stipulated by and between Plaintiff Gina Fisher and Real Party in Interest California Physicians' Service dba Blue Shield of California ("Blue Shield") as follows:

1.  On October 6, 2008, the Court issued its Judgment Remanding Case for Payment in Accordance with Opinion on Review (Document 92), which required Blue Shield to process and pay certain medical claims by Plaintiff as specified in the Court's October 6, 2008 Order (Document 91).

2.  Blue Shield processed the claims specified in the Court's October 6, 2008 Order and, on November 20, 2008, forwarded payment of those claims, along with documents explaining the calculation of the payment, to counsel for the Plaintiff.

3.  There are no further issues to be determined by the Court in this action, and the Court need not continue to retain jurisdiction over this case.

4.  The parties wish the case to be dismissed and, therefore, request the case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:  December 18, 2008                    BARGER & WOLEN LLP


By:  /s/ Andrew S. Williams
    JOHN M. LE BLANC
    ANDREW S. WILLIAMS
    JUSTIN J. LOWE
    Attorneys for Real Parties in Interest
    California Physicians' Service dba Blue
    Shield of California

Dated:  December 18, 2008                    LAW OFFICES OF LAURENCE F. PADWAY


By:  /s/ Laurence F. Padway
    LAURENCE F. PADWAY
    Attorneys for Plaintiff Gina Fisher

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION AND REQUEST FOR DISMISSAL
CASE NO. C 05 3790 RMW

1. It is hereby stipulated by and between Plaintiff Gina Fisher and Real Party in Interest California Physicians' Service dba Blue Shield of California ("Blue Shield") as follows:

   1. On October 6, 2008, the Court issued its Judgment Remanding Case for Payment in Accordance with Opinion on Review (Document 92), which required Blue Shield to process and pay certain medical claims by Plaintiff as specified in the Court's October 6, 2008 Order (Document 91).

   2. Blue Shield processed the claims specified in the Court's October 6, 2008 Order and, on November 20, 2008, forwarded payment of those claims, along with documents explaining the calculation of the payment, to counsel for the Plaintiff.

   3. There are no further issues to be determined by the Court in this action, and the Court need not continue to retain jurisdiction over this case.

   4. The parties wish the case to be dismissed and, therefore, request the case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated: December 18, 2008

BARGER & WOLEN LLP

By: /s/ Andrew S. Williams
JOHN M. LE BLANC
ANDREW S. WILLIAMS
JUSTIN J. LOWE
Attorneys for Real Parties in Interest
California Physicians' Service dba Blue Shield of California

Dated: December 18, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff Gina Fisher

1  ORDER

2  Having read and considered the foregoing stipulation of the parties, and good cause

3  appearing therefor, the Court hereby orders this action dismissed with prejudice.

4  IT IS SO ORDERED.

5  Dated: ___12/24/08_____    *Ronald M. Whyte* (signature)
   The Honorable Ronald M Whyte
6  United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION AND REQUEST FOR DISMISSAL
CASE NO. C 05 3790 RMW